IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | ) | CR 12-71-GF-DLC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JASON CHARLES SHOUSE, | ) | |
| Defendant. | ) | |

United States Magistrate Judge Keith Strong entered Findings and Recommendation in this matter on January 29, 2013. Neither party objected and therefore they are not entitled to <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. <u>McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F.2d 1309, 1313

(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Strong recommended this Court accept Jason Charles Shouse's guilty plea after Shouse appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of sexual exploitation of children in violation of 18 U.S.C. § 2251(a); and one count of penalties for registered sex offenders in violation of 18 U.S.C. § 2260A, as set forth in the Indictment. Defendant further agrees to forfeiture of an ATP AF256UD micro SD Card, Serial Number AUD0701002; and iPhone 3GS, Serial Number 8811367YEDG as specified in the Plea Agreement. In exchange for Defendant's plea, the United States has agreed to dismiss Counts II, IV, and V of the Indictment.

I find no clear error in Judge Strong's Findings and Recommendation (doc. 38), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS HEREBY ORDERED that Jason Charles Shouse's motion to change plea (doc. 31) is GRANTED.

DATED this 21st day of February, 2013.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court